UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 NOV 17 P 2: 15
CLERK OF COURT

25-C 1802

Octavia Winters,

Plaintiff,

v.

Milwaukee Police Department, and Unknown Officers John/Jane Does,

Defendants.

Case No: _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983 & § 1985)

Plaintiff, Octavia Winters, brings this civil rights Complaint against Milwaukee Police Department and its unknown officers for violations of constitutional rights, including deprivation of due process, equal protection, interference with parental rights, failure to take police reports, refusal to investigate felony conduct, obstruction of justice, and conspiracy under 42 U.S.C. § 1983 and § 1985.

### JURISDICTION & VENUE
This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. Venue is proper in the Eastern District of Wisconsin because the events occurred within this district.

### PARTIES
Plaintiff: Octavia Winters, resident of Milwaukee County, Wisconsin.

Defendant: Milwaukee Police Department, a municipal police agency operating in Wisconsin.

Defendants John/Jane Does: Unknown officers acting under color of law.

### FACTS
1. Plaintiff is the lawful custodial parent of a minor child.
2. Plaintiff reported custodial interference and requests for help regarding child concealment.
3. Defendants refused to document, investigate, or forward felony complaints.
4. Defendants denied police services used by similarly situated individuals.

5. Defendants concealed or failed to log reports and calls.

6. Defendants acted with deliberate indifference and in conspiracy to deny Plaintiff due process and equal protection.

## CAUSES OF ACTION

Count I — 42 U.S.C. § 1983: Violation of Due Process and Equal Protection

Count II — 42 U.S.C. § 1985: Conspiracy to Interfere with Civil Rights

Count III — Failure to Investigate / Denial of Police Protection

## PRAYER FOR RELIEF

Plaintiff respectfully requests judgment against Defendants for:
- Compensatory damages
- Punitive damages
- Injunctive relief
- Attorney fees and costs
- Any further relief deemed just and proper

Respectfully submitted,

*/s/ Octavia Winters/*

Octavia Winters, Plaintiff

Date: 11/13/25

P.O. BOX - 240362 Milwaukee, WI. 53224